**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1886**

_____

APRIL LEDFORD,

        Plaintiff - Appellant,

     v.

WILLIAM LEDFORD; JASON LEDFORD; DAMIN LEDFORD; JARIN LEDFORD,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:20-cv-00170-MR-DSC)

_____

Submitted: December 21, 2021             Decided: December 22, 2021

_____

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

April Ledford, Appellant Pro Se. Dale Allen Curriden, VAN WINKLE LAW FIRM, Asheville, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April Ledford appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Ledford's action without prejudice for failure to exhaust tribal remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ledford v. Ledford*, No. 1:20-cv-00170-MR-DSC (W.D.N.C. July 20, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*